## BANKS v. CLARK.

No. 2120.    Opinion Filed July 23, 1912.

(125 Pac. 724.)

APPEAL AND ERROR—Dismissal—Failure to File Brief. Same as that in Leavitt et al. v. Commercial National Bank, 26 Okla. 164, 109 Pac. 71.

(Syllabus by the Court.)

*Error from District Court, Tulsa County;*
*L. M. Poe, Judge.*

Action between William Banks and A. D. Clark. From the judgment, Banks brings error. Dismissed.

*Hainer & Martin,* for plaintiff in error.

*J. J. Henderson,* for defendant in error.

WILLIAMS, J.    Petition in error, with case-made attached, was filed in this court on November 7, 1910. No briefs have been filed by plaintiff in error, as required by rule 7 (20 Okla. viii, 95 Pac. vi).

The appeal is dismissed.

TURNER, C. J., and HAYES, KANE, and DUNN, JJ., concur.